IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOX VALLEY CONSTRUCTION WORKERS FRINGE BENEFIT FUNDS, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>MODERN BUILDERS-INDUSTRIAL CONCRETE COMPANY, an Illinois corporation,<br><br>Defendant. | CIVIL ACTION<br><br>NO. 10 C 0960<br><br>JUDGE CHARLES P. KOCORAS |

## **MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on April 1, 2010, request this Court enter judgment against Defendant, MODERN BUILDERS-INDUSTRIAL CONCRETE COMPANY, an Illinois corporation. In support of that Motion, Plaintiffs state:

1. On April 1, 2010, this Court entered default against Defendant and granted Plaintiffs' request for an order directing an audit of the Defendant's payroll books and records. The Court also entered an order that judgment would be entered after the completion of the audit.

2. Plaintiffs' auditors completed that audit on or about May 20, 2010. The audit findings show that the Defendant is delinquent in contributions to the Funds in the amount of $23,261.66. (See Affidavit of Deborah L. French)

3. Additionally, the amount of $2,326.17 is due for liquidated damages. (French Aff. Par. 7). Plaintiffs' auditing firm of Levinson Simon Hein & Bilkey, P.C. charged Plaintiffs $1,364.00 to perform the audit examination and complete the report. (French Aff. Par. 6).

4. Pursuant to the Trust Agreements, a liquidated damages surcharge has been assessed against the Defendant in the amount of one (1%) percent of the total contributions untimely received, compounded monthly at one (1%) percent, for the period accrued through July 31, 2010, in the total amount of $368.91. (French Aff. Par. 8).

5. In addition, Plaintiffs' firm has incurred costs of $492.21 and $2,558.75 in attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

6. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $30,416.70.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $30,416.70.

/s/ Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\Fvcwj\Modern Builders\motion-judgment.bpa.df.wpd

# CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 19th day of August 2010:

    H,T,J,B & W, Inc., Registered Agent
    Modern Builders-Industrial Concrete Company
    2801 Black Road, 2nd Floor
    Joliet, IL   60435

    Mr. Robert J. Filec, President
    Modern Builders-Industrial Concrete Company
    1026 Moen Avenue
    Moen & Larkin Avenue
    Rockdale, IL   60436


      /s/   Beverly P. Alfon


Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\Fvcwj\Modern Builders\motion-judgment.bpa.df.wpd